

1025 Westchester Avenue | Suite 301 | White Plains NY  10604 | www.hhk.com

JACOB B. SHER
Special Counsel
P: (914) 694-4102
F: (914) 694-4510

October 1, 2024

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/24

**MEMORANDUM ENDORSED**

*via ECF*

    Re:    *GFP Enters. LLC v. Garner Environmental Servs., Inc., et al.*
             Case No. 1:24-cv-06064-GHW
             **Request for Adjournment of Pre-Motion Conference**

Dear Judge Woods:

    As the Court is aware, the undersigned represents G&H Enterprises LLC d/b/a Rentals to Go ("Rentals to Go") in the above-referenced civil action.

    Due to the upcoming Rosh Hashanah holiday, which continues through October 4, 2024, the Parties have consented to a brief adjournment of the teleconference presently scheduled for that date (see ECF Doc. No. 30).  Counsel for the parties have confirmed their availability at any time on Tuesday, October 8 or Wednesday, October 9, 2024, for the new teleconference date.  No prior request for an adjournment of this teleconference has been made.

    The undersigned thanks the Court for its time and attention with respect to this matter.  Should there be any questions or concerns, please do not hesitate to contact the undersigned.

Application granted.  The parties' October 1, 2024 request to adjourn the pre-motion conference, Dkt. No. 31, is granted.  The pre-motion conference scheduled for October 4 is adjourned to October 16, 2024 at 3:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

SO ORDERED.

Dated: October 1, 2024
New York, New York

                  GREGORY H. WOODS
                  United States District Judge

Very truly yours,

HINMAN, HOWARD & KATTELL, LLP

By: _____
     Jacob B. Sher
     Special Counsel

JBS/jbs

cc:    all parties via ECF