```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
GFP ENTERPRISES LLC, also known as GFP                         :
Response LLC,                                                  :
                                                               :
                                        Plaintiff,             :
                                                               :
                    -against-                                  :
                                                               :
GARNER ENVIRONMENTAL SERVICES,                                 :
INC., G&H ENTERPRISES LLC, doing business                      :
Rentals to Go, DJ DOCTOR LLC, doing business as                :
iRent Everything,                                              :
                                                               :
                                        Defendants,            :
                                                               :
THE CITY OF NEW YORK,                                          :
                                                               :
                                        Nominal Defendant.:
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/24

1:24-cv-6064-GHW

ORDER

GREGORY H. WOODS, District Judge:

As stated on the record during the telephone conference held on October 16, 2024, Defendants' motions to dismiss the First Amended Complaint are due by November 18, 2024; Plaintiff's opposition is due four weeks after the date of service of Defendants' motion; and Defendants' replies, if any, are due two weeks after the date of service of Plaintiff's opposition.

Moreover, for the reasons stated on the record during the conference, discovery in this case is stayed pending the resolution of Defendants' motions.

Lastly, the initial pretrial conference scheduled for October 30, 2024 at 12:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated:  October 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge